**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANTHONY TURNER,**

            **Plaintiff,**

**-vs-**                                                     **Case No. 6:05-cv-897-Orl-28KRS**

**ROBERT DROLLETT PROFESSIONAL**
**PAINTING, ROBERT DROLLETT, IV,**

            **Defendants.**

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **RENEWED MOTION TO WITHDRAW AS COUNSEL (Doc. No. 15)** |
| **FILED:** | **September 16, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

In an earlier order, I directed counsel to provide Plaintiff Anthony Turner with notice of the intent to withdraw. Doc. No. 12. I also instructed counsel to provide the Court with an address at which Mr. Turner could be served with papers. *Id.*

In the renewed motion, counsel states that it served Mr. Turner at his "last known address." The DHL tracking notice submitted with the motion reflects, however, that the notice was delivered to D. Starkes, Receptionist. Doc. No. 15-2. It is, therefore, unclear whether the address to which the notice was delivered is Mr. Turner's address. If it is not, counsel has failed to notify Mr. Turner of

its intent to withdraw, and the Court has not been provided with a valid address at which Mr. Turner can be served with papers filed in this case. Accordingly, because the information presented to the Court is insufficient to establish that counsel have complied with my previous order, they will not be permitted to withdraw.

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties